# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:04CR451** |
| vs. | ) | |
| | ) | **AMENDED TRIAL ORDER** |
| RICARDO FONSECA, | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CR24** |
| vs. | ) | |
| | ) | **AMENDED TRIAL ORDER** |
| GUILLERMO BORBOA | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Borboa's Motion to Continue Trial (#22 in 8:05CR24). A consolidated trial is now set for May 31, 2005. The motion alleges good cause for a continuance. Upon the representation that plaintiff's counsel has no objection,

**IT IS ORDERED** that defendant's Motion to Continue Trial (#22 in 8:05CR24) is granted, as follows:

1.    The consolidated trial now set for May 31, 2005 is continued to **Tuesday, July 19, 2005** before Judge Laurie Smith Camp and a jury.

2.    Defendant shall file a waiver of speedy trial as soon as is practicable.

3.    The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 31, 2005 and July 19, 2005,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to counsel's scheduling conflict. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED May 16, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**