**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR24** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **GUILLERMO BORBOA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue the sentencing hearing until after January 26, 2008 (Filing No. 49).

IT IS ORDERED that the Defendant's motion to continue the sentencing hearing (Filing No. 49) is denied.

DATED this 15th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge