# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CR24** |
| vs. ) | |
| ) | **ORDER** |
| **GUILLERMO BORBOA, a/k/a** ) | |
| **OMAR BORBOA,** ) | |
| ) | |
| **Defendant.** ) | |

Upon review of the file,

**IT IS ORDERED:**

1. Defendant's Motion to Strike [58] is granted.

2. Filing [57] is stricken because the incorrect .pdf document was attached.

**DATED March 13, 2006.**

           **BY THE COURT:**

           **s/ F.A. Gossett**
           **United States Magistrate Judge**