IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR24** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **GUILLERMO BORBOA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion to withdraw (Filing No. 74).

Good cause has been shown, and the motion is granted.

IT IS ORDERED that the motion to withdraw (Filing No. 74) is granted.

DATED this 18th day of June, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge