IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR24 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| GUILLERMO BORBOA, a/k/a OMAR BORBOA, | ) ) ) ) | |
| Defendant. | | |

This matter is before the Court on the Defendant's objection to the Presentence Investigation Report (Filing No. 43) and objection to the Tentative Findings (ECF entry dated Dec. 14, 2005). The Defendant is a fugitive. (Filing No. 74.)

IT IS ORDERED that the Defendant's objections to the Presentence Investigation Report (Filing No. 43) and objection to the Tentative Findings (ECF entry dated Dec. 14, 2005) are denied without prejudice to reassertion.

DATED this 8th day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge