IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:05CR24 |
| vs. | |
| GUILLERMO BORBOA, | ORDER |
| Defendant. | |

This matter is before the Court on the Request for Transcript, filed by non-party Marra Albares. Filing 119. The request for a transcript is granted, provided Victoria Arroyo contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript, filed by non-party Marra Albares, Filing 119, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Marra Albares at the address provided in Filing 119.

Dated this 7th day of October, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge